(107 So. 516)

No. 35259.

## MARINE BANK & TRUST CO. v. John D. SHAFFER.

(March 1, 1926.)

Appeal from Twentieth Judicial District Court, Parish of Terrebonne; H. M. Wallis, Jr., Judge.

Harris Gagne, of Houma, for appellant.

Terriberry, Rice & Young, of New Orleans, for appellee.

OVERTON, J. This is an appeal (devolutive) from an order of court, authorizing executory process to issue. The order was issued on two of four notes secured by mortgage. A similar order was issued, at the instance of the Bank of Houma, on the two remaining notes, secured by the same mortgage, in suit entitled Bank of Houma v. Shaffer, reported in 105 So. 79, 159 La. 1. The issues are the same in the present appeal as were those in the case cited. Hence the reasons assigned in the case cited dispose of the present case.

For the reasons assigned in the case of the Bank of Houma v. Shaffer, cited above, the judgment appealed from is affirmed; appellant to pay the costs.

O'NIELL, C. J., is of the opinion that this appeal should be dismissed.

---

(107 So. 516)

No. 27727.

## STATE v. Leonce CARRIERE.

(March 1, 1926.)

Appeal from Thirteenth Judicial District Court, Parish of St. Landry; B. H. Pavy, Judge.

L. Austin Fontenot and John W. Lewis, both of Opelousas, for appellant.

Percy Saint, Atty. Gen., Percy T. Ogden, Asst. Atty. Gen., and R. Lee Garland, Dist. Atty., of Opelousas (E. R. Schowalter, of New Orleans, of counsel), for the State.

BRUNOT, J. The accused was charged with assault with a dangerous weapon with intent to kill. He was arraigned, tried, convicted, and sentenced for the offense charged. From the verdict and sentence he appealed.

There are no bills of exception in the record, no assignments of error, no error patent on the face of the record, and no briefs were filed by either side. Under these circumstances nothing is presented to this court for review. We have repeatedly held that the taking of appeals in criminal cases and not following them up is to be deprecated.

The verdict and sentence appealed from are affirmed.